### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **Merry Gentleman, LLC,** | |
| Plaintiff, | |
| v. | Civil No. 1:13-cv-02690 |
| **George and Leona Productions, Inc., and Michael Keaton,** | Hon. Judge Gary Feinerman |
| Defendants. | |

## MOTION TO DISMISS

Defendants George and Leona Productions, Inc., and Michael Keaton, by and through their attorneys, move this Court for an Order dismissing the Complaint of Plaintiff Merry Gentlemen, LLC pursuant to Fed. R. Civ. P. 12(b)(6) and/or to strike paragraphs 15-45 from the Complaint pursuant to Fed. R. Civ. P. 12(f). Grounds therefore are set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss.

Dated:  May 22, 2013

Respectfully submitted,

*/s/ Hamilton Hill*
Sidney Herman (# 3121807)
Hamilton Hill (# 6275123)
Chris Hagale (# 6306085)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440
skip.herman@bartlit-beck.com
hamilton.hill@bartlit-beck.com
chris.hagale@bartlit-beck.com

Michael Kump (Application for Admission Pending)
Jeremiah Reynolds (Application for Admission Pending)
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Blvd., 3rd Floor
Santa Monica, California 90401
Telephone: 310-566-9800
Facsimile: 310-566-9850

*Attorneys for Defendants George and Leona Productions, Inc. and Michael Keaton*

## **CERTIFICATE OF SERVICE**

      I, Hamilton Hill, an attorney, hereby certify that a true and correct copy of the foregoing document entitled Motion to Dismiss was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF System and emailed to counsel for Plaintiff listed below on May 22, 2013.

      Matthew Tanner
      Tanner & Lehman LLC
      53 W. Jackson Blvd., Suite 400
      Chicago, IL  60604
      Telephone: (312) 588-1970
      mtanner@tannerlehman.com

      *Attorney for Plaintiff Merry Gentleman, LLC*

      */s/ Hamilton Hill*
      Hamilton Hill
      BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
      54 West Hubbard Street
      Chicago, IL  60654
      Telephone: (312) 494-4400
      Facsimile:  (312) 494-4440
      hamilton.hill@bartlit-beck.com

      *Attorney for Defendants George and Leona Productions, Inc. and Michael Keaton*