**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Merry Gentleman, LLC,**<br><br>         Plaintiff,<br><br>    v.<br><br>**George and Leona Productions, Inc. and Michael Keaton,**<br><br>         Defendants.<br><br>**George and Leona Productions, Inc. and Michael Keaton,**<br><br>         Counterclaimants,<br><br>    v.<br><br>**Merry Gentleman, LLC,**<br><br>         Counterdefendant,<br><br>**Paul Duggan and Tom Bastounes,**<br><br>         Third-Party Defendants. | No. 1:13-cv-02690<br><br>Judge Feinerman |

**DEFENDANTS AND COUNTERCLAIMANTS GEORGE AND LEONA**
**PRODUCTIONS, INC. AND MICHAEL KEATON'S NOTICE**
**OF DISMISSAL OF THIRD-PARTY DEFENDANT TOM BASTOUNES**

**TO ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure

41(c)(1), Defendants and Counterclaimants George and Leona Productions, Inc. and Michael

Keaton hereby dismiss Third-Party Defendant Tom Bastounes without prejudice.

Dated:  January 8, 2014                           Respectfully submitted,

*/s/ Christopher Hagale*
Sidney Herman (# 3121807)
Hamilton Hill (# 6275123)
Christopher Hagale (# 6306085)
BARTLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440
skip.herman@bartlit-beck.com
hamilton.hill@bartlit-beck.com
chris.hagale@bartlit-beck.com

Michael Kump (SBN 100983)
Jeremiah Reynolds (SBN 223554)
KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP
808 Wilshire Blvd., 3rd Floor
Santa Monica, California 90401
Telephone:  310-566-9800
Facsimile:  310-566-9850
mkump@kwikalaw.com
jreynolds@kwikalaw.com

*Attorneys for Defendants and Counterclaimants
George and Leona Productions, Inc. and Michael
Keaton*

2

## CERTIFICATE OF SERVICE

I, Christopher Hagale, an attorney, hereby certify that a true and correct copy of the

foregoing document entitled *Defendants and Counterclaimants George and Leona Productions,*

*Inc. and Michael Keaton's Notice of Dismissal of Third-Party Defendant Tom Bastounes* was

electronically filed with the Clerk of the Court for the Northern District of Illinois using the

CM/ECF System and emailed to counsel listed below on January 8, 2014.


Matthew D. Tanner
Tanner & Lehman LLC
53 W. Jackson Blvd., Suite 400
Chicago, IL  60604
mtanner@tannerlehman.com

Thomas C. Cronin
Cronin & Co. Ltd.
161 N. Clark St., Suite 2550
Chicago, IL  60601
*tcc@cronincoltd.com*


*Attorney for Plaintiff-Counterdefendant*
*Merry Gentleman, LLC and Third Party*
*Defendant Paul Duggan*

*Attorney for Third-Party Defendant*
*Tom Bastounes*



/s/ Christopher Hagale
Christopher Hagale (# 6306085)
BARTLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440

*Attorneys for Defendants and Counterclaimants*
*George and Leona Productions, Inc. and Michael*
*Keaton*