**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Merry Gentleman, LLC

                              Plaintiff,

v.                                            Case No.: 1:13–cv–02690
                                                          Honorable Gary Feinerman

George and Leona Productions, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 6/3/2014 at 9:30 a.m. The Clerk is directed to terminate Ron Lazzeretti as a party defendant. Defendants' motion to dismiss [55] is entered and continued. Response to that motion is due by 6/10/2014; reply due by 6/24/2014. Motion hearing scheduled for 5/15/2014 [56] is stricken. At the 6/3/2014 status hearing, the court will inquire whether Plaintiff and Third–Party Defendant Duggan intend to disclose an expert. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.