**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Merry Gentleman, LLC

                                                Plaintiff,

v.                                                         Case No.: 1:13–cv–02690
                                                             Honorable Gary Feinerman

George and Leona Productions, Inc., et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2014:

      MINUTE entry before the Honorable Gary Feinerman:By agreement of the parties, jury trial set for 3/2/2015 at 9:30 a.m. for one week. Final pretrial conference set for 2/19/2015 at 4:00 p.m. Final pretrial order shall be filed by 2/12/2015. Motion in limine shall be filed by 1/8/2015; responses due by 1/22/2015; replies due by 2/5/2015. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.