IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Merry Gentleman, LLC,**<br><br>    Plaintiff,<br><br> v.<br><br>**George and Leona Productions, Inc., and Michael Keaton,**<br><br>    Defendants. | No. 1:13-cv-02690<br><br>Judge Gary Feinerman |
| **George and Leona Productions, Inc., and Michael Keaton,**<br><br>    Counter-Claimants,<br><br> v.<br><br>**Merry Gentleman, LLC,**<br><br>    Counter-Defendant,<br><br>**Paul Duggan,**<br><br>    Third-Party Defendant. | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  Defendants George and Leona Productions, Inc. and Michael Keaton, by and through their attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for summary judgment in Defendants' favor. In support of this motion, Defendants submit herewith a Memorandum of Law in support of Defendants' Motion for Summary Judgment, Local Rule 56.1 Statement of Material Facts in Support of Defendants' Motion for Summary Judgment on

Plaintiff's Claim for Breach of Contract, and the supporting Declarations of Daniel J. Rosett and Christopher R. Hagale with Exhibits.

WHEREFORE, Defendants requests that the Court grant summary judgment in favor of Defendants on Plaintiff's claim for breach of contract and award such further relief as the Court deems appropriate.

Dated:  September 8, 2014

Respectfully submitted,

*/s/ Christopher R. Hagale*
Sidney N. Herman (# 3121807)
Hamilton H. Hill (# 6275123)
Christopher R. Hagale (# 6306085)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
skip.herman@bartlit-beck.com
hamilton.hill@bartlit-beck.com
chris.hagale@bartlit-beck.com

Michael J. Kump
Jeremiah T. Reynolds
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 566-9800
Facsimile: (310) 566-9850
mkump@kwikalaw.com
jreynolds@kwikalaw.com

*Attorneys for Defendants and Counter-Claimants George and Leona Productions, Inc. and Michael Keaton*

**CERTIFICATE OF SERVICE**

I, Christopher Hagale, an attorney, hereby certify that a true and correct copy of the foregoing document entitled *Defendants' Motion for Summary Judgment* was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF System and emailed to counsel for Plaintiff listed below on September 8, 2014.

Matthew D. Tanner
Roeser Bucheit & Graham LLC
Two N. Riverside Plaza, Suite 1420
Chicago, IL  60606
Telephone: (312) 300-2522
mtanner@rbglegal.com

*Attorney for Plaintiff Merry Gentleman, LLC
and Third-Party Defendant Paul Duggan*

/s/ Christopher R. Hagale
Christopher R. Hagale (# 6306085)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440
chris.hagale@bartlit-beck.com

*Attorney for Defendants and Counter-Claimants
George and Leona Productions, Inc. and Michael Keaton*