**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Merry Gentleman, LLC,** | |
| Plaintiff, | No. 1:13-cv-02690 |
| v. | Judge Gary Feinerman |
| **George and Leona Productions, Inc., and Michael Keaton,** | |
| Defendants. | |
| **George and Leona Productions, Inc., and Michael Keaton,** | |
| Counterclaimants, | |
| v. | |
| **Merry Gentleman, LLC,** | |
| Counterdefendant, | |
| **Paul Duggan,** | |
| Third-Party Defendant. | |

**DECLARATION OF MICHAEL KEATON**
**IN SUPPORT OF COUNTERCLAIMANTS' OPPOSITION TO THIRD-PARTY**
**DEFENDANT PAUL DUGGAN'S MOTION FOR SUMMARY JUDGMENT**

I, MICHAEL KEATON, declare as follows:

1.      I am a Defendant and Counterclaimant in this action.  I am also President of

Defendant and Counterclaimant George and Leona Productions, Inc.

2.      I and my loan-out company, George and Leona Productions, Inc., entered into the

Confidential Settlement Agreement and Release with Merry Gentleman LLC dated as of

December 14, 2007 in connection with the film *Merry Gentleman* (the "Settlement and Release").

3.    After execution of the Settlement and Release in December 2007, it was my understanding that my company and I had released all claims against Merry Gentleman LLC and its representatives relating to the film, and that we were prohibited from filing any claims against them.

4.    On April 10, 2013, Merry Gentleman LLC filed its Complaint in this action alleging that the Settlement and Release is invalid. To my knowledge, at no time prior to the filing of this action did Merry Gentleman LLC or any of its representatives state to me or any of my representatives that they believe or contend that the Settlement and Release is invalid.

5.    Prior to the filing of this action, I did not know that Paul Duggan caused Merry Gentleman LLC to breach its Directing Agreement with me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of October, 2014, at McLeod, Montana.

Michael Keaton

## CERTIFICATE OF SERVICE

I, Christopher Hagale, an attorney, hereby certify that a true and correct copy of the

foregoing document was electronically filed with the Clerk of the Court for the Northern District

of Illinois using the CM/ECF System and emailed to counsel listed below on October 6, 2014.


Matthew D. Tanner
Roeser Bucheit & Graham LLC
Two N. Riverside Plaza, Suite 1420
Chicago, IL  60606
Telephone: (312) 300-2522
mtanner@rbglegal.com

*Attorney for Plaintiff and Counterdefendant*
*Merry Gentleman, LLC and Third-Party*
*Defendant Paul Duggan*


/s/ Christopher Hagale
Christopher Hagale (#6306085)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440
chris.hagale@bartlit-beck.com

*Attorney for Defendants and Counterclaimants*
*George and Leona Productions, Inc. and Michael*
*Keaton*