**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Merry Gentleman, LLC,**<br><br>                Plaintiff,<br><br>    v.<br><br>**George and Leona Productions, Inc., and Michael Keaton,**<br><br>                Defendants.<br><br>**George and Leona Productions, Inc., and Michael Keaton,**<br><br>                Counterclaimants,<br><br>    v.<br><br>**Merry Gentleman, LLC,**<br><br>                Counterdefendant,<br><br>**Paul Duggan,**<br><br>                Third-Party Defendant. | No. 1:13-cv-02690<br><br>Judge Gary Feinerman |

**DECLARATION OF MICHAEL KEATON
IN SUPPORT OF COUNTERCLAIMANTS' OPPOSITION TO
COUNTERDEFENDANT MERRY GENTLEMAN LLC'S
MOTION FOR SUMMARY JUDGMENT**

    I, MICHAEL KEATON, declare as follows:

    1.    I am a Defendant and Counterclaimant in this action. I am also President of Defendant and Counterclaimant George and Leona Productions, Inc.

    2.    During principal photography for the film *Merry Gentleman* (the "Film") in March and April 2007, one of the producers for Merry Gentleman LLC provided me with some

resumes for possible film editors. While I do not recall specifics about those editors, I recall that I believed at the time that the film editors they proposed generally were inappropriate for our film. I told one of the producers that I liked the way a certain film was edited and they put that editor on the list of possible editors for me to meet. I flew to Los Angeles during filming to interview this film editor (and others), and he was subsequently hired after principal photography ended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of October, 2014, at McLeod, Montana.

                                              Michael Keaton

## **CERTIFICATE OF SERVICE**

  I, Christopher Hagale, an attorney, hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF System and emailed to counsel listed below on October 6, 2014.

Matthew D. Tanner
Roeser Bucheit & Graham LLC
Two N. Riverside Plaza, Suite 1420
Chicago, IL 60606
Telephone: (312) 300-2522
mtanner@rbglegal.com

*Attorney for Plaintiff and Counterdefendant*
*Merry Gentleman, LLC and Third-Party*
*Defendant Paul Duggan*

                */s/ Christopher Hagale*
                Christopher Hagale (#6306085)
                BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
                54 West Hubbard Street
                Chicago, IL 60654
                Telephone: (312) 494-4400
                Facsimile: (312) 494-4440
                chris.hagale@bartlit-beck.com

                *Attorney for Defendants and Counterclaimants*
                *George and Leona Productions, Inc. and Michael*
                *Keaton*